IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-02141-PAB-MEH | Date: July 30, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

BOND SAFEGUARD INSURANCE COMPANY,                    Jerome Joseph

     Plaintiff,

vs.

MORLEY COMPANIES FAMILY DEVELOPMENT, LLLP,
ROBIN L. MORLEY, and
JIM MORLEY,                                                                                *Pro Se*

     Defendants.

### *AMENDED* COURTROOM MINUTES/MINUTE ORDER

**SHOW CAUSE HEARING**

**Court in session:**   3:05 p.m.

Court calls case. Appearances of counsel for Plaintiff and *pro se* Defendant Jim Morley.

Discussion regarding the agreement between the parties regarding the documents Mr. Morley will provide to Mr. Joseph by August 8, 2012, and other documents needed by Plaintiff.

3:26 p.m.     Defendant Jim Morley is sworn and questioned by the Court.

**ORDERED:**   1.   Defendants shall submit documentation of gifts that have been made to Morley Company Family Investments, LLLP by any Judgment Debtors names in this lawsuit to Plaintiff on or before **August 8, 2012.**

            2.   Defendants shall submit the following documents to Plaintiff on or before **August 20, 2012:**

- The documents agreed to by the parties, stated on the record at the beginning of this hearing.

- Documentation of any deposits made by Judgment Debtors into the checking account of Bryce Morley from January 1, 2010 to the present, including legible banking statements for those months.

- Copies of any notes reflecting loans from the "building accounts" mentioned in the February 7, 2012, deposition.

- Account statements from all bank accounts related to Morley Company Family Investments, including legible banking statements.

- Copies of IRS refund checks issued to Judgment Debtors from 2010 totaling approximately $2.3 million.

- Bank account statements from November 1, 2011, through March 2012 related to Morley Company Family Development, including legible banking statements for those months.

- Documents containing information related to the foreclosure of Judgment Debtors' property in Arizona.

- Bank account statements related to "Informa, Inc.," "Pinons of Turkey Canyon Ranch," "Engineering & Surveying," "Morley Golf," "Morley Oil," "Front Range," "Brush Hollow," and "Turkey Canyon Ranch Quarry," including legible banking statements through the present.

3. *Plaintiff's Motion for Sanctions against Judgment Debtors for Violation of Magistrate Judge's April 10, 2012 Order, for Show Cause Order, and for Appearance in Court before Magistrate Judge (Doc. No. 39, filed 7/12/12) is GRANTED in part and DENIED in part as stated on the record.*

4. *Plaintiff's Ex Parte Motion to Subpoena Third-Party in Aid of Post-Judgment Discovery (Doc. No. 44, filed 7/27/12) is GRANTED as stated on the record.*

**Court in recess:** 3:53 p.m.  (Hearing continued/concluded)
**Total time in court:** 0:48