IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02141-PAB-MEH

BOND SAFEGUARD INSURANCE COMPANY,

 Plaintiff,

v.

MORLEY COMPANIES FAMILY DEVELOPMENT, LLLP, a/k/a Morley Family Development, LLLP, a/k/a Morley Companies Family Development, a/k/a Morley Family Development, a/k/a Morley Companies Family Development, LLP, a/k/a Morley Family Development, LLP, a/k/a Morley Companies Family Development, LLC, a/k/a Morley Companies,
ROBIN L. MORLEY, a/k/a Robin Morley, and
JIM MORLEY, a/k/a James Morley, a/k/a James F. Morley,

 Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2012.**

 The "Stipulated Protective Order With Request for Entry of Order" [filed October 18, 2012; docket #90] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1C, which provides that "[a] motion shall be made in a separate paper." The document filed by counsel is simply the proposed protective order. In renewing their request for a protective order, the parties are directed to submit a revised proposed protective order in either Word or WordPerfect format. Counsel for the parties may use an "s/" signature to indicate their approval of the proposed protective order.