IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-02141-PAB-MEH | Date: January 17, 2013 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

BOND SAFEGUARD INSURANCE COMPANY,      Jerome Joseph

    Plaintiff,

vs.

MORLEY COMPANIES FAMILY DEVELOPMENT, LLLP, *et al.*,      Eric Howard

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**      9:58 a.m.

Court calls case. Appearances of counsel by telephone.

Argument and discussion regarding Plaintiff-Judgment Creditor's Further Motion to Compel Production of Documents and Information (Doc. #122, filed 1/8/13)

**ORDERED:** Plaintiff-Judgment Creditor's Further Motion to Compel Production of Documents and Information (Doc. #122, filed 1/8/13) is GRANTED as stated on the record. The documents already in existence shall be produced by Defendants on or before **January 25, 2013;** all other documents shall be produced on or before **February 28, 2013.** Mr. Joseph shall be awarded attorney's fees in the amount of $1,500.

**Court in recess:**      10:20 a.m.   (Hearing concluded)
**Total time in court:**   0:22