**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02141-PAB-MEH

BOND SAFEGUARD INSURANCE COMPANY,

    Plaintiff,

v.

MORELY COMPANIES FAMILY DEVELOPMENT, LLLP, a/k/a Morley Family Development, LLLP, a/k/a Morley Companies Family Development, a/k/a Morley Family Development, a/k/a Morley Companies Family Development, LLP, a/k/a Morley Family Development, LLP, a/k/a Morley Companies Family Development, LLC, a/k/a Morley Companies,
ROBIN L. MORLEY, a/k/a Robin Morley, and
JIM MORLEY, a/k/a James Morley, a/k/a James F. Morley,

    Defendants.

## JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting Magistrate Judge's Recommendation of Judge Philip A. Brimmer entered on February 27, 2013, it is

    ORDERED that Plaintiff's Renewed Motion (Now Unopposed) for Order Requiring Garnishee to Pay Funds Into the Court and Directing Clerk to Disburse Funds to Judment [sic] Creditor [Docket No. 128] is GRANTED. It is further

    ORDERED that judgment is hereby entered in favor of James Morley in the amount of $79.64 and in favor of Robin Morley in the amount of $3,247.87 against Stockmens Bank.   It is further

    ORDERED that Stockmens Bank shall deposit such sums into the registry of the Court.  It is further

    ORDERED that Upon Stockmens Bank's deposit of such sums, the Clerk of the Court shall promptly disburse said funds to plaintiff's counsel (Jerome M. Joseph, Godin & Baity, LLC, 1050 17th Street, #1610, Denver, CO 80265) on behalf of plaintiff.

Dated at Denver, Colorado, this 27th day of February 2013.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk