UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02141-PAB-MEH
**BOND SAFEGUARD INSURANCE COMPANY,**

Plaintiff,

v.

**MORLEY COMPANIES FAMILY DEVELOPMENT, LLLP aka MORLEY FAMILY
DEVELOPMENT, LLLP aka MORLEY COMPANIES FAMILY DEVELOPMENT
aka MORLEY FAMILY DEVELOPMENT aka MORLEY COMPANIES FAMILY
DEVELOPMENT, LLP aka MORLEY FAMILY DEVELOPMENT, LLP aka
MORLEY COMPANIES FAMILY DEVELOPMENT, LLC aka MORLEY
COMPANIES; ROBIN L. MORLEY aka ROBIN MORLEY; JIM MORLEY aka
JAMES MORLEY aka JAMES F. MORLEY; MORLEY COMPANY FAMILY
INVESTMENT, LLLP and KC REAL ESTATE INVESTMENT, LLC**

Defendants.

---

## ORDER

---

The Court hereby grants the parties' Stipulated Motion for Approval by Magistrate Judge

of Payment Plan with Reservation of Judgment Creditor's Rights ("Stipulated Motion").  Morley

Company Family Investment, LLLP and KC Real Estate Investment, LLC are added as

Defendants to this case, and the parties shall use the above caption in future pleadings.

Defendants shall pay in accordance with the payment plan set forth in the Stipulated Motion.

The Court notes that Plaintiff affirmatively reserves all of its rights as a judgment creditor

until Defendants make all payments as and when required by the Stipulated Motion.  If

Defendants make all of the payments identified in the Stipulated Motion, when due and in proper

amounts, the Judgment entered in this case shall be deemed satisfied, any Fee Award or other

Order against Defendants satisfied, and BSIC's rights against Defendants terminated (except as

expressly stated in the Stipulated Motion).

The Court hereby awards additional legal fees and costs of $50,000.00 to Plaintiff and against Defendants.

Judgment Creditor's Renewed Motion to Apply Jewelry on Judgment [Docket #147] is now moot.  Defendants had previously stipulated that Plaintiff would have a lien, subordinate to the lien of Stockmens Bank, on all jewelry of James Morley and Robin Morley in the possession of Stockmens Bank. Based on the terms of the Stipulated Motion, Plaintiff has released its subordinate lien against the subject jewelry.

Dated this 17th day of September, 2013.

BY THE COURT:

 s/Michael E. Hegarty

_____

United States Magistrate Judge